**EDC.002–781  Notice to Debtor Concerning Legal Representation** (v.1.0 – 12/13/2023)                    **USBC,EDCA**

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

## NOTICE TO DEBTOR CONCERNING LEGAL REPRESENTATION

| In re | Case Number |
|---|---|
| B.A.D. LLC<br><br>**Debtor(s).** | **26–21633 – S – C – 11** |

Rule 183 of the Local Rules of Practice of the United States District Court for the Eastern District of California, specifically incorporated and made applicable in bankruptcy cases by Local Bankruptcy Rule 1001–1(c), states that a corporation or other entity may appear only by an attorney. Debtors who are not individuals (e.g. debtors who are corporations, partnerships, or other entities) must, therefore, be represented by attorneys. The court record in this case indicates that the debtor is a corporation, partnership, or other entity with no legal representation.

**NOTICE IS HEREBY GIVEN** that unless the debtor obtains legal representation, the Court or a party–in–interest may initiate action to dismiss this case. If you have already complied with this requirement, please disregard this notice.

Dated:   3/25/26

Scott Yach Clerk,
BY: rors , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400

The Deputy Clerk whose ID appears above certifies that on 3/25/2026 , a copy of this order was

returned with the debtor's endorsed copy of the petition.